JOSEPHUS BRADFORD *vs.* JOHN HANSCOM.

York. Decided March 27, 1878.

*Husband and wife. Married woman.*

Trespass by the husband for digging and carrying away earth within the limits of the highway upon which the farm of his wife was bounded, they living upon the premises together, he occupying and carrying on the farm permissively without any contract. *Held*, that this was not a release to the husband within R. S., c. 61, § 2, and that, if it were so, the right of action for such an injury would remain in the wife after as well as before the release.

ON REPORT.

TRESPASS, q. c. f., and for digging and carrying away earth beside the highway upon which the farm of the plaintiff's wife was bounded. The legal title was in her. The evidence tended to show that both plaintiff and his wife lived together upon the

premises ; that the plaintiff carried on the farm permissively without any contract.

*G. C. Yeaton* with *C. Record*, for the plaintiff.

*I. T. Drew* with *A. Oakes*, for the defendant.

VIRGIN, J.   The legal title to the farm was in the wife of the plaintiff.   She had never " released the right to control " it to her husband, as provided in R. S., c. 61, § 2 ; and if she had done so, it would in nowise affect the right of action for an injury of this character to the property.   That would remain in the wife after as well as before such release.   *Collen* v. *Kelsey*, 39 Maine, 298. *Woodman* v. *Neal*, 48 Maine, 266, 269.   R. S., c. 61, § 5. *Green* v. *No. Yarmouth*, 58 Maine, 54.

*Judgment for the defendant.*

WALTON, DICKERSON, BARROWS, DANFORTH and LIBBEY, JJ., concurred.